# UNITED STATES of America, Plaintiff–Appellee,

v.

# Eric Arthur WALTON, Defendant– Appellant.

## No. 02–6758.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 6, 2002.

Decided Nov. 20, 2002.

Eric Arthur Walton, Appellant Pro Se. Samuel Gerald Nazzaro, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Eric Arthur Walton seeks to appeal the district court's order accepting the recommendations of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Walton has not made a substantial showing of the denial of a constitutional right. *See United States v. Walton,* Nos. CR–94–21; CA–99–86 (N.D.W.Va. Feb. 28, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*